# McGuireWoods

McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Melek J. Dunn
Direct: 212.548.7035
mdunn@mcguirewoods.com
Fax: 212.548.2305

February 13, 2023

**VIA ECF**
Hon. Naomi Reice Buchwald, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re: *Victoria McMillan v. Capital One Bank, N.A., et al.,*
     **Case No.: 1:20-cv-07981 (NRB)**

Your Honor:

  McGuireWoods LLP represents Defendants Capital One, N.A. (improperly named as Capital One Bank, N.A.), Capital One Bank (USA) N.A., Melody Young, Chinika McDonald, and Yolanda Reyes (the "Defendants") in the above-captioned matter. We write jointly with Plaintiff's counsel to respectfully request an extension of the deadline to file pre-motion letters in anticipation of dispositive motions, pursuant to Section 2(B) of Your Honor's Individual Practices.

  Presently, pre-motion letters in support of dispositive motions must be filed by February 22, 2023. *See* ECF No. 45. This request extends that deadline until twenty-nine days following the parties' settlement conference scheduled on March 2, 2023. *See* ECF No. 47. This request for an extension does not affect any other dates in the above-captioned matter.

  The parties request that Friday, March 31, 2023, serve as the deadline to file pre-motion letters in support of dispositive motions. This request is the second extension of the deadline for letters in support of proposed dispositive motions and Defendants' second request for an extension of time overall.

           Respectfully submitted,

          */s/ Melek J. Dunn*
          Melek J. Dunn, Esq.
          **McGuireWoods LLP**
          1251 Avenue of the Americas, 20th Fl.
          New York, New York 10020
          Direct: (212) 548-7035
          mdunn@mcguirewoods.com

*Counsel for Defendants Capital One, N.A., Capital One Bank (USA), N.A., Melody Young, Chinika McDonald, and Yolanda Reyes*

**SO ORDERED**

Dated: February 14, 2023

Honorable Naomi Reice Buchwald,
United States District Judge

cc: **BY ECF**
(All counsel of record)