```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

VICTORIA MCMILLAN,

                    Plaintiff,

        - against -                             ORDER

CAPITAL ONE BANK, N.A., CAPITAL ONE             20 Civ. 7981 (NRB)
BANK (USA), N.A., MELODY YOUNG,
CHINIKA MCDONALD, YOLANDA REYES,
THE CITY OF NEW YORK and NYPD LT.
ANTHONY BURGIO,

                    Defendants.

---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         March 6, 2023

                                        _____
                                            NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE